AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Joshua Christopher Doolin

Defendant

)
)
)
)
)
)
)

Case: 1:21-mj-00499
Assigned To : Harvey, G. Michael
Assign. Date : 6/25/2021
Description: Complaint w/ Arrest Warrant

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Joshua Christopher Doolin,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 111(a)(1) and (b), (Assaulting, Resisting, or Impeding Certain Officers or Employees;
18 U.S.C. § 1752(a)(1), (2), and (4) (Restricted Building or Grounds); and
40 U.S.C. § 5104(e)(2)(F) (Violent Entry and Disorderly Conduct)

Date: 06/25/2021

*Issuing officer's signature*

Digitally signed by G. Michael Harvey
Date: 2021.06.25 14:01:56 -04'00'

City and state:   Washington, D.C.

G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* JUNE 30, 2021
at *(city and state)* LAKELAND, FL.

Date: 06/30/2021

*Arresting officer's signature*

SPECIAL AGENT MARK DOWNES
*Printed name and title*