## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| | : |
| v. | : Case No. 1:21-CR-00447-CJN-03 |
| | : |
| **JOSHUA CHRISTOPHER DOOLIN,** | : |
| Defendant. | : |

### NOTICE OF APPEARANCE

COMES NOW, Allen H. Orenberg and, pursuant to the Criminal Justice Act, hereby enters his appearance on behalf of the Defendant, Joshua Christopher Doolin, in the above-captioned criminal cause.

                                              Respectfully Submitted,

                                              _____-*S*-_____
                                              Allen H. Orenberg, # 395519
                                              The Orenberg Law Firm, P.C.
                                              12505 Park Potomac Avenue, 6th Floor
                                              Potomac, Maryland 20854
                                              Tel. No. 301-984-8005
                                              Cell Phone No. 301-807-3847
                                              Fax No. 301-984-8008
                                              aorenberg@orenberglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of July, 2021, a copy of the foregoing Notice of Appearance, was delivered to case registered parties by the CM/ECF court system.

_____-S-_____
Allen H. Orenberg