Tampa Bread, LLC
4616 Dillwyn Dr.
Lakeland FL 33813

To:

Honorable Carl J. Nichols

United States District Judge

United States Courthouse

333 Constitution Avenue, N.W

Washington D.C. 20001

RE: Case No. 21-cr-00447-CJN-03

     USA v. Joshua C. Doolin

Dear Honorable Judge Nichols

     My name is Aldon Haskaj. I own a local small business here in Lakeland, FL. We operate a bread delivery route in the Tampa Bay area. Our company is called Tampa Bread.

     I have known Josh a little over a year, since he was in Firefighting School, meeting him through my sister-in-law. He's an extremely honest and bright young man, with a lot of drive and a strong dedication to his faith. He is also an excellent husband (recently getting married) and looking forward to having children and growing his family.

     I remember telling my wife I wish I could find employees like him. I reached out to Mr. Doolin for employment after hearing he was looking and he was ready to join the team. We operate the route 3 times a week, Monday, Wednesday and Friday, and usually work from midnight till about noon. Mr. Doolin will be mostly working in the Pinellas/Pasco Counties but will also be doing sales closer to home, in Polk County, on his days off. He has been a great addition to our small crew and has caught on to the nature of the work quickly. I hope to have him for years to come but I understand his dream job is and will always be a firefighter/EMT and I will gladly recommend him for when that time comes once again.

     I ask that you treat this young man with some leniency,

Dated this Monday, July 26th, 2021

Aldon Haskaj

Tampa Bread, LLC

Lakeland FL