Dear Honorable Judge Nicholas, The Year of our Lord, 26·Jul·2021

1. He had worked Two years to get on with the Fire Department as an EMT, He had only been married for about a month and had Finally gotten the Job for 3 weeks and was heavily relying on it, when he was arrested and Fired, But even in the face of all that he was Kind and cheerful Knowing God will Provide and is being Diligent to take care of his new Bride.

I could go on forever but I believe I have made it clear about my veiw of his character, I will do I need to support and help Joshua, If it were possible I would take his place.

Thank you for taking the time to read this, and Trust God will work it all out for good through your hands.

To the Honorable Judge Nicholas, Thank you, and have a blessed Day,

Signed
Samuel Timothy Doolin.

Page, three

Dear Honorable Judge Nichols,  The year of our Lord 26·Jul·2021

Case 1:21-cr-00447-CJN   Document 35-6   Filed 07/30/21   Page 2 of 3

It wouldn't be an exaggeration to say he is a cheerful giver, he holds nothing back when it comes to helping others in need or just trying to bless others, be it with his time, energy or finances, even in his lack or times of need he did not spare or hold back from others.

As for diligence, he has always been able to find work and he has succeeded in just about everything he has put his hands and mind to. he has succeeded in a wide scope of jobs and activities From hard laborsome tasks to things more academic. None of this is meant to inflate his achievement as if they mean anything, but to point out his work ethic which far exceeds my own.

As for his attitude and devotion to God, the same as with all other things; cheerful and diligent. he has worked hard to make sure he pleased the Lord with his relationship with his now wife, he has really grown in his relationship with Jesus Christ over these past few years But ever the more so this year, seeking wise council and Godly freinds and influences and Digging into God's word,

Page Two

Honorable Carl J. Nicholas
United States District Judge
United States Courthouse
333 Constitution Avenue, N.W.
Washington D.C. 20001

In the Year of our Lord
Jesus Christ, 26·Jul·2021

Samuel Timothy Doolin
2/75 RGR RGT
BLDG 3501 EST
JBLM, WA 98433

RE: Case No. 21-cr-00447-CJN-03
<u>USA v. Joshua C. Doolin</u>

Dear Honorable Judge Nicholas,

My name is Samuel Timothy Doolin. I am a US Army Ranger in the 2nd Battalion 75th Ranger Regiment. I am Joshua C. Doolin's Older Brother. I have known him all of his life and we grew up together and spent most of our time together.

In relation to my assessment of Joshua C. Doolin's character, past and present. He has always been a kind, considerate and diligent person, who loves the Lord and people. I have never known him to be lazy.

Page One