To Honorable Judge Carl J. Nichols
United States District Judge
United States Courthouse
<u>333: Constitution AVE N.W,</u>
<u>Washington D.C. 20001</u>
RE: Case No. 21-cr-00447-JCN-03
USA vs Joshua C. Doolin

Dear Honorable Judge Nichos,
My name is Jimmy Wilson I am a Broker for Bullfrog and Dod Realty. Joshua has worked for me for many years. I brought him on my team because I knew so much about him. His Father Frank and I have been friends all our lives. I watched Joshua grow up. He has been involved in Church all of his life. We have hunted and fished together since he was a small child. This is why I can say he can be trusted to show and complete anything he starts. Joshua works more then one job at a time. He is newly married, just starting off on his own family. You can not ask for a better employee or friend. I feel he completely trustworthy and faithful.

--

We appreciate the opportunity to work with you!

Sincerely,



Jimmy L. Wilson, Broker
**Bullfrog and Dog Realty Inc.**
<u>123 Main St. Auburndale, FL. 33823</u>
863.229.0141 Office
305.896.8137 Cell
863.875.6616 Fax

www.floridahome.expert
https://www.youtube.com/watch
https://www.youtube.com/playlist
https://www.facebook.com/floridahome.expert