IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| | : |
| v. | : Case No. 1:21-CR-00447-CJN-03 |
| | : |
| **JOSHUA CHRISTOPHER DOOLIN,** | : |
|     **Defendant.** | : |

## NOTICE OF FILING

COMES NOW, Allen H. Orenberg, and on behalf of defendant Joshua Christopher Doolin, gives notice of the filing of a Letter to U.S. District Judge Carl J. Nichols (dated October 20, 2021) – which is attached as an Exhibit.

                                          Respectfully Submitted,

                                     _____-S-_____
                                     Allen H. Orenberg, # 395519
                                     The Orenberg Law Firm, P.C.
                                     12505 Park Potomac Avenue, 6th Floor
                                     Potomac, Maryland 20854
                                     Tel. No. 301-984-8005
                                     Cell Phone No. 301-807-3847
                                     Fax No. 301-984-8008
                                     aorenberg@orenberglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of October, 2021, a copy of the foregoing Notice of Filing, with an Exhibit, was delivered to case registered parties by the CM/ECF court system.

_____-S-_____
Allen H. Orenberg