# THE ORENBERG LAW FIRM, P.C.

12505 PARK POTOMAC AVENUE
6TH FLOOR
POTOMAC, MARYLAND 20854

Office        (301) 984-8005
Facsimile  (301) 984-8008
Cell-Phone (301) 807-3847

Allen H. Orenberg
(MD & DC)

October 20, 2021

aorenberg@orenberglaw.com
www.orenberglaw.com

Honorable Carl J. Nichols
United States District Judge
United States Courthouse
333 Constitution Avenue, N.W.
Washington, D.C. 20001

RE:   USA v. Joshua C. Doolin * No. 1:21-cr-00447 (CJN)-03
      United States District Court for the District of Columbia

Dear Judge Nichols:

On behalf of the parties, I am notifying the Court that AUSA Benet J. Kearney, USPO Danielle Sull (MDFL) and myself did recently "meet & confer" to discuss alternatives to the requirement of stand-alone GPS monitoring as part of Mr. Doolin's conditions of release. In an effort to accommodate the issues flagged by Mr. Doolin concerning his employment while addressing the government's concerns regarding the safety of the community, a few alternatives were discussed. There was consensus as to one proposal, subject to approval by Mr. Doolin. However, Mr. Doolin declines to agree to the proposed alternative. Accordingly, Mr. Doolin is requesting the Court to proceed with issuing its decision on the pending Renewed Motion for Modification of Conditions of Release. (Doc. 52)

Thank you for the Court's courtesy in this and all matters.

Very truly yours,

THE ORENBERG LAW FIRM, P.C.

BY: Allen H. Orenberg

AHO/bip
cc:   (1) AUSA Benet J. Kearney
      (2) AUSA Matthew Moeder
      (3) USPO Danielle Sull