# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | CASE NO. 21 Cr. 447-3 (CJN) |
| **JOSHUA CHRISTOPHER DOOLIN,** | : | |
| Defendant. | : | |

## NOTICE OF FILING OF JOINT PROPOSED SCHEDULING ORDER

The United States of America, by and through its undersigned counsel, hereby submits the attached Joint Proposed Scheduling Order on behalf of itself and defendant Joshua Christopher Doolin.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

*/s/ Benet J. Kearney*
Benet J. Kearney / Matthew Moeder
NY Bar No. 4774048 / MO Bar No. 64036
Assistant United States Attorneys
601 D Street, N.W.
Washington, D.C. 20530
(212) 637 2260 / (816) 426-4103
Benet.Kearney@usdoj.gov
Matthew.Moeder@usdoj.gov

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing will be served electronically to counsel for defendant, via the Court's Electronic Case Filing System.

*/s/ Benet J. Kearney*
BENET J. KEARNEY
Assistant United States Attorney

Date: May 27, 2022