# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 21 Cr. 447 (CJN) |
| : | |
| JOSHUA CHRISTOPHER DOOLIN, : | |
| : | |
| **Defendant.** : | |

## MOTION TO FILE OUT OF TIME

The United States of America, respectfully moves this Court for leave to file the attached Government's Opposition to Defendant's Motion in *Limine* to Preclude Evidence of Weapons out of time. Pursuant to the scheduling order entered in this case, the deadline for the Government to respond to the defendant's motions in *limine* was August 5, 2022. However, the Government has conferred with defense counsel, who does not object to this request. Accordingly, it is respectfully requested that the Court permit the filing of the attached pleading.

          Respectfully submitted,

          MATTHEW M. GRAVES
          United States Attorney
          D.C. Bar No. 481052

By:   /s/ *Matthew Moeder*
       MATTHEW MOEDER
       Assistant United States Attorney, Detailee
       Missouri Bar No. 64036
       400 East 9th Street
       Room 5510
       Kansas City, Missouri 64106
       Matthew.Moeder@usdoj.gov
       (816) 426-4103

## CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2022, I caused a copy of the foregoing motion to be served on attorney of record via email and the Court's electronic filing system.

/s/ Matthew Moeder
Matthew Moeder
Assistant United States Attorney