IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| | : |
| v. | : No. 1:21-cr-00447-CJN-03 |
| | : |
| **JOSHUA CHRISTOPHER DOOLIN,** | : |
| et al. | : |

## REPLY TO MOTION TO CONTINUE TRIAL DATE

Joshua Christopher Doolin, by his undersigned counsel, hereby replies to the government's response (Doc. 144) to the defendant's motion to continue the trial date. (Doc. 137).

Mr. Doolin maintains his position that his trial should be delayed due to ongoing heightened and prejudicial publicity as noted in initial motion to continue the trial date. The anticipated House Select Committee Report and the results of the U.S. Secret Service (and other U.S. government) cell-phone text messages investigation, may disclose *Brady* information and/or other information which may be important to the defense of this case. Furthermore, Mr. Doolin has moved to continue his trial until 2023, in order to obtain a to obtain a less politically charged jury pool.

Mr. Doolin is not requesting (or agreeing) that his trial be re-connected to the other co-defendants for the purposes of a trial. He wants to have his trial separate and apart form the other co-defendants.

Mr. Doolin is prepared to waive time under the Speedy Trial Act until such time as his trial commences.

Respectfully Submitted,

_____
The Orenberg Law Firm, P.C.
12505 Park Potomac Avenue, 6th Floor
Potomac, Maryland 20854
Tel. No. (301) 984-8005
Fax No. (301) 984-8008
Cell-Phone (301) 807-3847
aorenberg@orenberglaw.com
Counsel for Joshua C. Doolin

Dated: August 19, 2022