UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| | : |
| v. | :  No. 1:21-cr-00447-CJN-03 |
| | : |
| **JOSHUA CHRISTOPHER DOOLIN,** | : |
| | : |
| **Defendant.** | : |

### DEFENDANT'S NOTICE TO THE COURT REGARDING THE SPEEDY TRIAL ACT

Defendant, Joshua Christopher Doolin, by and through counsel, hereby submits this notice regarding the Speedy Trial Act. On August 23, 2022, the Court granted the defendant's motion for a continuance of the trial date (Doc. 137) scheduled for September 12, 2022, and scheduled trial for March 6, 2023. The Court asked for the Defendant's position regarding a Speedy Trial Act Waiver between August 23, 2022, and March 6, 2023. Mr. Doolin is not consenting to a waiver of the Speedy Trial Act Waiver between August 23, 2022, and March 6, 2023.

Respectfully Submitted,

_____
Allen H. Orenberg, # 395519
The Orenberg Law Firm, P.C.
12505 Park Potomac Avenue, 6th Floor
Potomac, Maryland 20854
Tel. No. (301) 984-8005
Fax No. (301) 984-8008
Cell-Phone (301-807-3847)
aorenberg@orenberglaw.com
Counsel for Mr. Joshua C. Doolin

Dated: August 25, 2022