**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| | : |
| v. | : No. 1:21-cr-00447-CJN-03 |
| | : |
| **JOSHUA CHRISTOPHER DOOLIN,** | : |
| et al. | : |

## **ORDER**

Upon Consideration of the motion in limine filed by defendant Joshua Christopher Doolin to limit the government's use of certain words or terms at trial, opposition thereto, it is hereby,

ORDERED this _____ day of _____, 2022/2023, the Motion is GRANTED. The government may not introduce any words or terms as follows:"Rioters," "Breach," "Confrontation," "Anti-Government Extremism,""Insurrectionists," "Mob," and "Anti-Government Extremist."

_____
Judge, U. S. District Court for the
District of Columbia

Copies to:

All registered case registered parties

1