IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| | : |
| v. | : No. 1:21-cr-00447-CJN-03 |
| | : |
| **JOSHUA CHRISTOPHER DOOLIN,** | : |
| et al. | : |

### *CORRECTED* DEFENDANT JOSHUA CHRISTOPHER DOOLIN'S SUPPLEMENT TO THE MOTION FOR SEVERANCE OF DEFENDANTS PURSUANT TO FED. R. CRIM. P. 14(a).

COMES NOW Defendant, Joshua Christopher Doolin, by and through undersigned counsel, and hereby files this corrected supplement to his motion for severance. (Doc. 176)

1. On January 20, 2023, Judge Amit P. Mehta of this Court ordered a separate trial for a *pro se* defendant in *United States v. James Beeks*, 21-cr-00028-APM-19. Undersigned counsel has recently spoken with stand-by counsel for defendant Beeks, who informs that one of the reasons a separate trial was ordered was to avoid potential prejudice to other co-defendants who are proceeding to trial.

Although a written Order (or a Minute Order) to this effect has not yet been docketed,[1] this Court may consider the reasoning of Judge Mehta (to avoid potential prejudice to other co-defendants) and similarly order a trial severance for

---

[1] As of the date/time of the filing of this *Corrected* Supplement, the docket in 21-cr-00028-APM-19 has not been updated to reflect the Court's activity on January 20, 2023.

-1-

Mr. Hutchinson – as more fully argued in Mr. Doolin's Motion for Severance. (Doc. 176)

Respectfully Submitted,

_____
Allen H. Orenberg, # 395519
The Orenberg Law Firm, P.C.
12505 Park Potomac Avenue, 6th Floor
Potomac, Maryland 20854
Tel. No. (301) 984-8005
Fax No. (301) 984-8008
Cell-Phone (301) 807-3847
aorenberg@orenberglaw.com
Counsel for Mr. Joshua C. Doolin

Dated: January 23, 2023

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of January, 2023, copies of the foregoing *Corrected* Supplement to the Motion for Severance (Doc. 176) were served to case registered parties by CM/ECF and by direct e-mail to Joseph D. Hutchinson: josephhutchinson@fastmail.com.

_____
Allen H. Orenberg, # 395519