

# UNITED STATES CAPITOL POLICE
## DEMONSTRATION ENDORSEMENT SHEET

CP-40A (10/19)

**SES NUMBER** 20-12-23

(Please Type or Print Legibly)

| Recommendation of C.O. Special Events | Approval ☐  Disapproval ☐  Comment ☒ |
|---|---|
| 01-06-2021; Rep. Mo Brooks/Biggs confirmed; media invited; No CD. Not confirmed, but possible that all demos below (except Area 11) are associated w/each other & w/Ali Alexander; have potential for >50 ppl; SES approving based on applications & lack of evidence that they'll be >50 ppl. <br> 1) Area 7 - Virginia Freedom Keepers (0600-1800; 50 ppl) <br> 2) Area 9 - Bryan Lewis (0830-1700; 50 ppl) <br> 3) Area 10 - Women for a Great America (0700-2200; 50 ppl) <br> 4) Area 11 - Rock Ministries Church (1200-1900; 50 ppl) | Facilitate with Existing Manpower ☐ <br><br> Grossi, Scott J. *Digitally signed by Grossi, Scott J. Date: 2020.12.30 20:41:47 -05'00'*   12/30/2020 <br> Signature / Date |

| Recommendation of C.O. Protective Services Bureau | Approval ☒  Disapproval ☐  Comment ☐ |
|---|---|
|  | *[signature]*   12/31/20 <br> Signature / Date |

| Recommendation of Assistant Chief of Police Protective and Intelligence Operations | Approval ✓  Disapproval ☐  Comment ☐ |
|---|---|
|  | *Yogananda S. Pittman*   1/4/21 <br> Signature / Date |

| Recommendation of Assistant Chief of Police Uniformed Operations | Approval ✓  Disapproval ☐  Comment ☐ |
|---|---|
|  | Thomas, Chad B. *Digitally signed by Thomas, Chad B. Date: 2021.01.04 11:35:50 -05'00'* <br> Signature / Date |

| Recommendation of Chief of Police | Approval ✓  Disapproval ☐  Comment ☐ |
|---|---|
|  | Sund, Steven A. *Digitally signed by Sund Steven A. Date: 2021.01.05 13:04:03 -05'00'* <br> Signature / Date |

CAPD_0001705



**UNITED STATES CAPITOL POLICE BOARD**
**WASHINGTON, D.C.  20510      Phone: 202-224-9806**

CP-1563
(11/16)

### PERMIT RELATING TO DEMONSTRATION ACTIVITIES ON UNITED STATES CAPITOL GROUNDS
### SES # 20-12-23

(1) SPONSORING PERSON AND/OR ORGANIZATION:
   **One Nation Under God**

(2) AREA OF CAPITOL GROUNDS TO BE INVOLVED:
   Senate East Front, Grassy Area 8 (bounded by Constitution Avenue, NE; First Street, NE; Northeast Drive and the East Front Plaza)

(3) DATE, TIME, AND DURATION:
   DATE: Wednesday, January 6, 2021      TIME: 0800 – 1800 hours      DURATION: 10 hours
                                         (Includes set-up / take-down)

(4) NUMBER OF PARTICIPANTS:
   50

(5) PROPS AND EQUIPMENT:
   - Fifty (50) handheld signs / placards
   - One (1) podium
   - One (1) stage (12'L x 12'W x 24"H) with adjustable stairs
   - One (1) megaphone
   - One (1) portable sound system consisting of –
     - Two (2) EV sx300PI 2-way speakers (16"L x 23"W x 12"H); secured on tripod stands (5'H) positioned on each side of the stage
     - One (1) Shure SM585 microphone
     - One (1) Yamaha digital mixing console
     - One (1) Crown I-Tech 5000 HD amplifier
     - Two (2) 2400w inverter battery power supply
   - Distribution of literature to interested parties only
   - Electrical power has not been requested, nor is it available at this site

**The spokesperson has been advised of the following:**
   - "Items cannot be tied [nailed, stapled or affixed] to any trees/fixtures. Non-breathable material (i.e., plastic, plywood, etc.) is prohibited from directly covering turf or other living landscape assets. Post and stakes must be no more than ¼" in diameter, inserted no deeper than 9" into the ground, and approved by U.S. Capitol Police Special Events with final review by the Architect of the Capitol."
   - <u>Per the Architect of the Capitol, only natural burlap sandbags are allowed for use on the turf to protect the grounds from any damage. No synthetic or plastic woven sandbags are allowed.</u>
   - Height Restriction: No single prop, piece of equipment or combination thereof may exceed fifteen (15) feet in height.
   - Stages, Risers and Platforms: No stage, riser or platform may exceed two (2) feet in height.
   - Music – In accordance with the Traffic Regulations for the United States Capitol Grounds, Section 12.1.30 (e) "Ceremonial Events & Entertainment" musicals are not considered demonstrations and require Capitol Police Board Approval.
   - The volume of the sound will be kept to a minimum and directed away from Congressional Office Buildings.
   - Tripods and lighting equipment are authorized on grassy areas only and must not impede pedestrian or vehicular traffic. Photos / film taken must not be used for any commercial purposes.
   - Tents, cabanas, canopies or any other covered structures are expressly prohibited.
   - <u>Solicitation, commercialization, and /or advertisement of any kind are expressly prohibited.</u>
   - **Delivery vehicle(s) must report to USCP Off-Site Delivery, 4700 Shepherd Parkway, SW, for <u>initial screening</u>** (*Monday through Friday during operational hours 0430-1300 hours*). Then –



**UNITED STATES CAPITOL POLICE BOARD**
**WASHINGTON, D.C. 20510      Phone: 202-224-9806**

CP-1563
(11/16)

### PERMIT RELATING TO DEMONSTRATION ACTIVITIES ON UNITED STATES CAPITOL GROUNDS
### SES # 20-12-23

- Delivery vehicle(s) must report to New Jersey and C Street, NW for <u>secondary screening</u> *(Arrival after 1300 hours and on the holidays and weekends, delivery vehicle(s) will respond to this location for initial screening only).*
- Delivery vehicle(s) must unload and reload equipment along the west curb of First Street, NE (niched / cut out area) between Constitution Avenue and East Capitol Street, NE.
- Upon unloading, delivery vehicle(s) must depart Capitol Grounds and not return until conclusion of the event.
- **DELIVERY VEHICLE(S) MUST NOT BE LEFT UNATTENDED AT ANY TIME.**
- **EQUIPMENT MUST BE HAND-CARRIED OR HAND-CARTED TO THE EVENT SITE. <u>BARRICADE ACCESS IS NOT PERMITTED</u>.**
- **FIRST RESPONDERS PERSONNEL WILL INSPECT ALL PROPS AND EQUIPMENT, AND MONITOR THE EVENT.**

**NOTE: <u>PARKING IS NOT AUTHORIZED ON CAPITOL GROUNDS.</u>**

(6) The authorized person or organization named in clause (1) of the Permit is entitled to utilize the area of the United States Capitol Grounds described in clause (2), and any props or equipment described in clause (5) of this Permit, in carrying out, during the date and time set forth in clause (3) of this Permit, their right to engage in peaceable and orderly demonstration activities (as defined in Chapter 12, Section 12.1.10 of the Traffic Regulations for the United States Capitol Grounds).

(7) In order to assure the safety and convenience of all the people in the exercise of their right to visit the Nation's Capitol, to call at the offices of Representatives and Senators, to observe public proceedings of Congress, to petition the Congress for redress of grievances, engage in peaceable and orderly conduct of any hearing before, or any deliberation of, any committee or subcommittee of the congress or either House thereof, or unreasonably interfere with the maintenance of good order on the Capitol Grounds, the Capitol Police Board hereby includes as part of this Permit the following conditions and time limitations which the Capitol Police Board has determined necessary in order to minimize the obstruction or impediment of vehicular and other traffic (including pedestrian traffic) through or within the Capitol Grounds and to assure the safety thereof:

  (a) In the event an official function is scheduled that could conflict with this demonstration, the demonstrators will clear the respective area prior to said function, and return after said function has departed the Capitol Grounds.

  (b) Any display of signs, banners, placards, and related items is strictly prohibited inside all Capitol Buildings. Literature may not be distributed in the hallways of any building on Capitol Grounds.

  (c) It is forbidden to offer or expose any article for sale in said United States Capitol Grounds; to display any sign, placard, or other form of advertisement therein; to solicit fares, alms, subscriptions, or contributions therein.

  (d) The setting-up, placement, or storage of camping equipment, tents, sleeping bags, bedroll, bedding of any kind or shelter of any kind, at any time, is prohibited. Any sleeping or lying-down on the paved or improved portions of the Buildings and Grounds (such as streets, roads, sidewalks, walkways, steps, curbs, gutters, doorways, alcoves, walls) at any time is prohibited. Any sleeping or lying-down on any unpaved, or unimproved (grassy) portion of the Grounds from one-half hour after sunset to one-half hour before sunrise, is prohibited.

  (e) Immediately upon the conclusion of the demonstration activity carried out pursuant to this permit, all props, equipment and facilities permitted under Chapter 12 Section 12.5.10 of the Traffic Regulations for Capitol Grounds, which have been used in connection with such activity shall be removed by the applicant from Capitol Grounds. Further, the applicant shall take such action as may be necessary so as



**UNITED STATES CAPITOL POLICE BOARD**
**WASHINGTON, D.C. 20510     Phone: 202-224-9806**

CP-1563
(11/16)

### PERMIT RELATING TO DEMONSTRATION ACTIVITIES ON UNITED STATES CAPITOL GROUNDS
### SES # 20-12-23

to leave the Capitol Grounds in as reasonably good and clean a condition as that which existed immediately prior to the commencement of such activity.

(f) As a condition precedent to the issuance of this Permit, all participants in the proposed demonstration (parade, convocation, etc.) shall agree not to carry on his/her person any firearm, explosive, club, missile, chemical or other incendiary device or any other weapon; candles, torches, lanterns, lamps, etc., while ignited; or to cause to become ignited any ignitable materials for the purpose of producing a flame. Further, all participants shall agree not to carry any support for signs, banners, placards, etc., which is more than three-quarters of an inch square at its largest point. All supports must have dull ends and cannot in any way be construed as a weapon. There shall be no nails, screw, or bolt-type fastening devices protruding from any support.

1/5/2021
(Date Approved)

Member,
United States Capitol Police Board


(Date Approved)

Chairman,
United States Capitol Police Board

# UNITED STATES CAPITOL POLICE
# SPECIAL ATTENTION MEMORANDUM

CP-303                                                                                      (9/05)

**Time Forwarded:** _____          **SES Number:** 20-12-23

**Date Forwarded:** _____          **SES Coordinator:** ▓▓▓▓▓▓▓▓▓

| | |
|---|---|
| **Date Scheduled:** | Wednesday, January 6, 2021 |
| **Time:** | 0800 - 1800 hours (Includes set-up / take-down) |
| **Duration:** | 10 hours |
| **Number of Participants:** | 50 |
| **Location(s):** | Senate East Front, Grassy Area 8 (bounded by Constitution Avenue, NE; First Street, NE; Northeast Drive and the East Front Plaza) |
| **Name(s):** | **One Nation Under God** |
| **Type of Event:** | Demonstration |
| **Spokesperson:** | Stephen Brown |
| **Telephone Number(s):** | (C) (863)▓▓▓▓▓▓ |
| **Spokespersons Address:** | On File in Special Events |
| **NOTE:** | **In accordance with Standard Operating Procedure AC-000-63, the Section Commander for the First Responders Unit, Sections Two and Three will be responsible for completing a Follow-Up Report CP-44, within three working days of this event.** |

**Remarks:**

On Wednesday, January 6, 2021, between 0800 and 1800 hours, approximately fifty (50) participants representing **One Nation Under God** will conduct a demonstration on the Senate East Front, Grassy Area 8, U.S. Capitol. The spokesperson advises the purpose of the event is a *"demonstration for election fraud in swing states."* The actual event time will be 0900 – 1700 hours daily.

*Media will be invited to this event. No Civil Disobedience is planned.*

*Per the spokesperson, the following Members of Congress have confirmed that they will attend this event:*
- Representative Morris Jackson "Mo" Brooks
- Representative Andy Biggs

The following props / equipment are authorized:
- ❖ Fifty (50) handheld signs / placards
- ❖ One (1) podium
- ❖ One (1) stage (12'L x 12'W x 24"H) with adjustable stairs
- ❖ One (1) megaphone
- ❖ One (1) portable sound system consisting of –
    - Two (2) EV sx300PI 2-way speakers (16"L x 23"W x 12"H); secured on tripod stands (5'H) positioned on each side of the stage
    - One (1) Shure SM585 microphone
    - One (1) Yamaha digital mixing console
    - One (1) Crown I-Tech 5000 HD amplifier
    - Two (2) 2400w inverter battery power supply

THIS CORRESPONDENCE MUST BE TREATED AS LAW ENFORCEMENT SENSITIVE AND IS FOR OFFICIAL USE ONLY
This information must not be furnished outside of the U.S. Government or Public Safety related agencies. Disclosure of this information could jeopardize law enforcement operations.

*One Nation Under God, Wednesday, January 6, 2021 (cont'd)*

- Distribution of literature to interested parties only
- Electrical power has not been requested, nor is it available at this site

The spokesperson has been advised of the following:
- "Items cannot be tied [nailed, stapled or affixed] to any trees/fixtures. Non-breathable material (i.e., plastic, plywood, etc.) is prohibited from directly covering turf or other living landscape assets. Post and stakes must be no more than ¼" in diameter, inserted no deeper than 9" into the ground, and approved by U.S. Capitol Police Special Events with final review by the Architect of the Capitol."
- <u>Per the Architect of the Capitol</u>, only natural burlap sandbags are allowed for use on the turf to protect the grounds from any damage. No synthetic or plastic woven sandbags are allowed.
- Height Restriction: No single prop, piece of equipment or combination thereof may exceed fifteen (15) feet in height.
- Stages, Risers and Platforms: No stage, riser or platform may exceed two (2) feet in height.
- Music – In accordance with the Traffic Regulations for the United States Capitol Grounds, Section 12.1.30 (e) "Ceremonial Events & Entertainment" musicals are not considered demonstrations and require Capitol Police Board Approval.
- The volume of the sound will be kept to a minimum and directed away from Congressional Office Buildings.
- Tripods and lighting equipment are authorized on grassy areas only and must not impede pedestrian or vehicular traffic. Photos / film taken must not be used for any commercial purposes.
- Tents, cabanas, canopies or any other covered structures are expressly prohibited.
- <u>Solicitation, commercialization, and /or advertisement of any kind are expressly prohibited.</u>
- Delivery vehicle(s) must report to USCP Off-Site Delivery, 4700 Shepherd Parkway, SW, for <u>initial screening</u> (*Monday through Friday during operational hours 0430-1300 hours*). Then –
- Delivery vehicle(s) must report to New Jersey and C Street, NW for <u>secondary screening</u> (*Arrival after 1300 hours and on the holidays and weekends, delivery vehicle(s) will respond to this location for initial screening only*).
- Delivery vehicle(s) must unload and reload equipment along the west curb of First Street, NE (niched / cut out area) between Constitution Avenue and East Capitol Street, NE.
- Upon unloading, delivery vehicle(s) must depart Capitol Grounds and not return until conclusion of the event.
- DELIVERY VEHICLE(S) MUST NOT BE LEFT UNATTENDED AT ANY TIME.
- EQUIPMENT MUST BE HAND-CARRIED OR HAND-CARTED TO THE EVENT SITE. BARRICADE ACCESS IS NOT PERMITTED.
- FIRST RESPONDERS PERSONNEL WILL INSPECT ALL PROPS AND EQUIPMENT, AND MONITOR THE EVENT.

The participants will arrive and depart via public and private transportation. The spokesperson has been advised that <u>no parking or staging is authorized</u> on Capitol Grounds.

The Capitol Police Board has issued a permit for this event.



Event Coordinator
Special Events Section
(202)

1373:7540

THIS CORRESPONDENCE MUST BE TREATED AS LAW ENFORCEMENT SENSITIVE AND IS FOR OFFICIAL USE ONLY
This information must not be furnished outside of the U.S. Government or Public Safety related agencies. Disclosure of this information could jeopardize law enforcement operations

CAPD_0001710

| CP-40 | U.S. CAPITOL POLICE BOARD<br>119 D Street, N.E.<br>Washington, D.C. 20510 | SEU# | |
|---|---|---|---|

**Application for Permit Under Article XIX Of The Traffic And Motor Vehicle Regulations for United States Capitol Grounds**

| 1. Organization and/or Spokesperson: One Nation Under God | 2. Date of Application: 12/21/2020 |
|---|---|

| 3. Address: | 4. Telephone: Business | 5. Mobile: 561... | 6. Email address: alhanmartin25@... |
|---|---|---|---|

| 7. Date(s) of Event: 01/06/2021 | 8. Day(s) of Week: Wednesday | 9. Start Time (including set-up): 8-9am setup, 9-5pm Rally | 10. End Time (including clean-up): 5pm Finish, 5-6pm strike | 11. Total Duration: 10 hours |
|---|---|---|---|---|

12. Specific area of U.S. Capitol Grounds requested to be utilized: (i.e., West Front Grassy Area, Upper Senate Park, Taft Memorial Park, etc.)
US Capital ground area 8 from USCP map

| 13. Estimated number of participants: 50 | 14. Additional Point of Contact / Spokesperson  Steve Brown Event Planners<br>Telephone: 863...<br>Email address: sbrown@... |
|---|---|

13a. Nature of Event (Check appropriate box best describing the nature of your activity):
- ☑ Demonstration (Rally, Vigil, etc.)
- ☐ Filming/Photography
- ☐ Musical Presentation
- ☐ March (Provide Route)
- ☐ Road Race
- ☐ Other (Describe below)

b. Describe event purpose / message / First Amendment platform and activity in detail:
The application is on behalf of One Nation under God.

We will be arriving at area 8 on the Capital, after going through security checks before 8:00am to set up.

Then the rally will start at 9:00am and go until 5pm, after which we will strike the equipment brought in and be clear by 6pm.

Equipment to be brought in will be two battery operated speakers on stands with cables to a battery operated mixer and 2 microphones and a podium.

There will also be a 2ft high stage 12ft x 12ft used.

The permit is for 50 people. We will have different speakers, congressmen, who will alternate during the day, and anticipate that the crowd will change throughout the day as different people come to hear their speaker of choice.

We will distribute flyers and there will be some hand cardboard signs that individuals will hold.

The rally is demonstrating about the election fraud in the swing states.

Speakers will include Congressman Mel Brooks, Andy Biggs, CJ Pearson, Ali Alexander, Virgo Jones and others to be determined throughout the day.

Transportation will only drop speakers off around area 8 and will not park.

Advertising for the rally will be on the social media accounts of the speakers and friends taking part. There will be a lot of the people present that will utilize social media accounts to show the rally. On their social accounts, Facebook, twitter, etc.

| CP-40 | U.S. CAPITOL POLICE BOARD | SEU# | |
| --- | --- | --- | --- |
| | 119 D Street, N.E. | | |
| | Washington, D.C. 20510 | | |

**Application for Permit Under Article XIX Of The Traffic And Motor Vehicle Regulations for United States Capitol Grounds**

14. Props and Equipment — All props and equipment must be furnished by organization or spokesperson

Please be specific, include quantities and dimensions of all items

| ☑ Handheld Signs Placards | Banner(s) Size L H | ☑ Podium 1 | ☐ Distribution of Literature |
| --- | --- | --- | --- |
| ☐ Stage(s) Size L 12ft W 12ft H 2ft | ☐ Press Riser Size L W H | ☐ Lighting Equipment | ☐ Camera Tripod |
| ☐ Tables Quantity | ☑ Portable Sound System (Describe) 2 Fender Portable Battery powered Speakers on stands with a small battery op mixer and microphone | | |
| ☐ Chairs Quantity | | | |

☐ Other

15. Will electrical power be required? (Available only at the West Front Grassy Area and the Upper Senate Park)
   Yes    ✔ No

17. Estimated # of buses (No parking / staging on Capitol Grounds)
0

18. Will Marshals be utilized?   Yes   No ✔
    How many? n/a
    How will they be identified?
    n/a

19. On-site contact: Steve Brown
    Mobile #: 863 581 9364
    Email address: sbrown@resourcegroup.org

20. Does information exist that a group(s) / person(s) may wish to disrupt your activity?   Yes   ✔ No
    If yes, please explain

21. I, Stephen Brown, have read and acknowledge the U.S. Capitol Police Board Demonstration Guidelines.

SPOKESPERSON'S NAME (Print)

[signature]                                12/21/2020
SPOKESPERSON'S SIGNATURE              DATE

Not Valid Until Signed

FOR MORE EXPEDITIOUS PROCESSING, PLEASE RETURN APPLICATION VIA FAX (202) 228-2429
or
Mail / Hand deliver to U.S. Capitol Police, Special Events Division, 119 D St., N.E., Room #102
Open 7:00 a.m. to 6:00 p.m., Monday through Friday.
Office (202) 224-8891

| CP-40 | U.S. CAPITOL POLICE BOARD<br>119 D Street, N.E.<br>Washington, D.C. 20510 | | SEU# | |
|---|---|---|---|---|
| | Application for Permit Under Article XIX Of The Traffic<br>And Motor Vehicle Regulations for United States Capitol Grounds | | | |

| 1. Organization and/or Spokesperson | 2. Date of Application |
|---|---|
| One Nation Under God | 12/21/2020 |

| 3. Address | 4. Telephone Business | 5. Mobile | 6. Email address |
|---|---|---|---|
| [redacted] | | 567[redacted] | nathanmartin[redacted]@[redacted] |

| 7. Date(s) of Event | 8. Day(s) of Week | 9. Start Time (including set-up) | 10. End Time (including clean-up) | 11. Total Duration |
|---|---|---|---|---|
| 01/06/2021 | Wednesday | | | |

12. Specific area of U.S. Capitol Grounds requested to be utilized (i.e. West Front Grassy Area, Upper Senate Park, Taft Memorial Park, etc.)
US Capital Grounds Plot # 9 from USCP map

| 13. Estimated number of participants | 14. Additional Point of Contact / Spokesperson | Steve Brown - Event Planner |
|---|---|---|
| 50-500 | Telephone 863[redacted] | |
| | Email address sbrown@[redacted] | |

13a. Nature of Event (Check appropriate box best describing the nature of your activity)
- [x] Demonstration (Rally, Vigil, etc.)
- [ ] Filming/Photography
- [ ] Musical Presentation
- [ ] March (Provide Route)
- [ ] Road Race
- [ ] Other (Describe below)

b. Describe event purpose / message / First Amendment platform and activity in detail.
First Amendment protest demonstration with different speakers from Congress and Political Organizations

| CP-40 | U.S. CAPITOL POLICE BOARD | SEU# | |
|---|---|---|---|
| | 119 D Street, N.E. | | |
| | Washington, D.C. 20510 | | |

**Application for Permit Under Article XIX Of The Traffic
And Motor Vehicle Regulations for United States Capitol Grounds**

14. Props and Equipment — All props and equipment must be furnished by organization or spokesperson.

Please be specific; include quantities and dimensions of all items.

| ☑ Handheld Signs, Placards | Banner(s)<br>Size L       H | ☑ Podium      1 | ☐ Distribution of Literature |
|---|---|---|---|
| ☑ Stage(s)<br>Size L 12ft W 12ft H 2ft | ☐ Press Riser<br>Size L    W    H | ☐ Lighting Equipment | ☐ Camera Tripod |
| ☐ Tables<br>Quantity | ☐ Portable Sound System (Describe)<br>Left and right of the Stage, battery operated speakers on stands | | |
| ☐ Chairs<br>Quantity | | | |
| ☐ Other | | | |

15. Will electrical power be required? (Available only at the West Front Grassy Area and the Upper Senate Park)
    Yes      ✓ No

17. Estimated # of buses (No parking / staging on Capitol Grounds)
none

18. Will Marshals be utilized?   Yes    No ✓
    How many?
    How will they be identified?

19. On-site contact. Steve Brown
    Mobile #: 863▓▓▓▓▓▓▓▓▓▓
    Email address: sbrown@▓▓▓▓▓▓▓▓▓▓

20. Does information exist that a group(s) / person(s) may wish to disrupt your activity?   Yes    ✓ No
    If yes, please explain:

21. I, _____Stephen Brown_____, have read and acknowledge the U.S. Capitol Police Board Demonstration Guidelines

SPOKESPERSON'S NAME (Print)

Stephen Brown   Digitally signed by Stephen Brown
Date: 2020.12.22 15:06:39 -05'00'        12/21/2020

SPOKESPERSON'S SIGNATURE                       DATE

**Not Valid Until Signed**

FOR MORE EXPEDITIOUS PROCESSING, PLEASE RETURN APPLICATION VIA FAX: (202) 228-2429
or
Mail / Hand deliver to: U.S Capitol Police, Special Events Division, 119 D St., N.E., Room #102
Open 7:00 a.m. to 6:00 p.m., Monday through Friday,
Office: (202) 224-8891

**One Nation Under God**

**Updated Vendor/Equipment list as of 12-31-2020**

### Audio

Professional Sound System Package with (2) speakers on tripod stands, includes (1) wired Microphone for announcements.

| Qty | Item | Price | Units | Total |
|---|---|---|---|---|
| 1 | TF1 Console Kit Yamaha Yamaha TF1 Digital Mixing Console, 16 Faders, 32+2 stereo Mixing Channels | 200.00 | 1.00 | 200.00 |
| 2 | EV sx300PI, weatherized 2way speaker | 25.00 | 1.00 | 50.00 |
| 2 | TS88, Ultimate Tripod Stand | 7.50 | 1.00 | 15.00 |
| 1 | Crown I-Tech 5000 HD amplifier | 125.00 | 1.00 | 125.00 |
| 1 | Shure SM58S mic With on/off Switch | 15.00 | 1.00 | 15.00 |
| 2 | Portable Power Source Kit, 7400w Inverter | 400.00 | 1.00 | 800.00 |
| 1 | Acrylic Podium | 275.00 | 1.00 | 275.00 |
| 1 | Production Consumables - Gaf Tape, Trick Line, etc. | 100.00 | 1.00 | 100.00 |
| Audio Total | | | | 1580.00 |
| Discount | | | | (237.00) |
| Audio Total | | | | 1343.00 |

### Staging and Structures

| Qty | Item | Price | Units | Total |
|---|---|---|---|---|
| 1 | Main Stage 12'x12'x24" H | 627.04 | 1.00 | 627.04 |
| | 144  sq.ft. of Stage Deck <6' | | | |
| | 48  Black stage skirting, per linear ft. | | | |
| | 32  Safety railing, per linear ft. | | | |
| | 144  Braces and accessories per sq ft. | | | |
| 1 | SD 4Step Adjustable Stair 16"-32" | 100.00 | 1.00 | 100.00 |
| | 2  SD 4Step Adjustable Stair Handrail 16"-32" | | | 0.00 |
| Staging and Structures Total | | | | 727.04 |

### Transportation

| Qty | Item | Price | Units | Total |
|---|---|---|---|---|
| 2 | Sprinter Van, roundtrip w/offsite screening | 300.00 | 1.00 | 600.00 |

## Coordination Questions

| Question | Answer |
| --- | --- |
| Do you have any other events planned in the city? If so, please provide the location time and estimated number of participants. | No |
| Have you spoken with MPD, NPS, and/or USPP? If so is the name listed on the application submitted to them the same as what was submitted to USCP? | N/A |
| How does your group plan on arriving to US Capitol Grounds? | Public and Private transportation |
| How does your group plan to disperse from US Capitol Grounds? | Public and Private transportation |
| Are you planning a March? If so what is the start and step off times and where? Validate this information with our Agency Partners | No March |
| Have you or anyone in your group expressed intent in engaging in Civil Disobedience? | No, peaceful event |
| Does your group have a website established for this event? Does your group have a social media account for this event? | Not at this moment, in the process to create website. Will be under name One Nation Under God |
| Are you anticipating the use of additional props and equipment other than what was listed on your application? If so please provide detailed information. | No |
| Do you have photos of the equipment that you plan on utilizing? | Not at this time but will send when acquire |
| How do you plan on supporting your equipment? Speaker stands, stages, easels, etc... | Supported by participants and placed on stand |
| How will filming/photography be used? For personal use or advertising/commercial purposes? | Placed on social media |
| Are you aware of any specific group(s)/person(s) that have expressed interest / intent in disrupting your event? | No |
| Email address(es) for all points of contact for your event. | sbrown@[redacted] |
| Will this location be used as a staging area or dispersal location for a March or will be it solely used for demonstration purposes? | Demo only |
| Please confirm that your vendor has been made aware of the screening procedures for the day of the event (send off site screening information) | Spokesperson is aware and screening information sent |
| Is the spokesperson a contractor who has been hired to organize the event or actual member of the group planning the event? | Contractor for group |
| If there is a March associated with the event please provide a map of the planned march route | No |
| Please provide the names and contact info of partners the spokesperson has been in contact with. | N/A |
| What is the event's actual estimated start time? | ~~1000-1700 hours~~ 0900-1700 hours |
| Has the group invited Members of Congress? | Will invite but have not confirmed at this time |
| Has the group invited Press to the event? | Will invite |

Coordination Questions

## Notes

Event: One Nation Under God

Date: January 6, 2021   0830-1800 hours

Spokesperson: Stephen Brown    863███████

Type: DEMO

12-22-2020 @ 1538 hours, made contact with spokesperson via phone. Went to voicemail, voice mail left to return my call to coordinate his event on the 6th of January 2021.

@ 1553 hours, called second number listed on application. Went to voicemail, voice mail left to return my call to coordinate his event on the 6th of January 2021.

@ 1546 hours, email sent to spokesperson, introducing myself and to get in contact with me to coordinate his event

- Please see attached email

@ 1615 hours, spokesperson return call. Introduced myself as the coordinator of her event on January 6, 2021. The following was discussed:

- Review application
- Explained that her US Capitol Police can only permit for 50 person or less for any activities on Capitol Grounds. Segregation is not allowed, his group will have to remain in there designated area for the remainder of his event.
- Advise him to practice social distancing and to wear mask during her event for public safety
- His application does not have a start or end time. Per spokesperson, time of event will be 0830-1800 hours.
- In addition, Area 9 is unavailable from 0830-1700 hours but he can utilize after 1800 hours if he wants to stay in Area 9. Available Area on the West Front are 8 and 11. Spokesperson asked which area Woman for America First has. I explained that I could not give him that information. She advised that his group does not agree with some of with Women for America First idea and was trying to avoid being next to them. He decided to go with Area 8 because he was sure Women for America First would be in Area 10 or 11 and wanted to be on the opposite side.
- Purpose of his event does not give me any idea of what he wants to bring an attention to other than it is a First Amendment demonstration. He advised it relates to the swing votes for the election.
- He will most likely have literature for distribution but the application online do not let you click the box
- Portable sound system is Fender Passport Event PA System
- Spokesperson will send updated application with the changes
- Coordination question complete. Please see attached

@ 1648 hours, follow up email sent to spokesperson reiterating the above information

- Please see attached email

12-23-2020 @ 1120 hours spokesperson sent email confirming

- The use of Area 8
- A start time of 8 am for set up and 6pm to break down.
- Actual event time 9-5pm.
- 50 persons or less for his event.
- Purpose of event election fraud in swing states
- MOC Mel Brooks and Andy Biggs speaking alongside Ali Alexander
- . Please see attached email for additional information

## Coordination Questions

@ 1136 hours, advised spokesperson to update the application with the changes sent in the email

- Please see attached email for additional information

12-28-2020 @ 0938 hours, spoke with the spokesperson. The following was discussed:

- Advised him of that I have not received the updated application. He stated he sent it on the 23rd. I asked him to resend it because I have not received it.
- Asked him if the MOC have been confirmed, he stated yes. The list of speakers is all he has that is confirmed for the event
- Advised him of the vehicle screening procedure. Offsite and then New Jersey and C prior to offloading his equipment. Then screen again at New Jersey and C prior of reloading. Advised that we cannot permit for parking as the vehicle unload they will have to depart and return
- Also reiterated that he is responsible for maintain his numbers to 50 person or less for the duration of his event. If he does not and is find in violation of his permit, appropriate police action will be taking to include shutting down his event

@ 0943 hours, updated application received.

- Please see attached email

@ 1139 hours called Mr. Brown, went to voicemail, message left to return my call at this earliest convince to discuss details surrounding his event

@ 1208 hours, called the additional number on the application (567) ███████ and got a Mr. Nathan Brown who stated:

- Mr. Brown might have placed his number on the application by mistake he (Mr. Brown) is the contractor for the event. I inquired if he has any additional information that he could give me for the event. Mr. Martin said there are a few events that they have going on and he does not know which one I was referring. When I asked about the "few events", he stated that the events were in the hotels. Mr. Brown would be the best person to contact for any additional information regarding the One Nation Under God. He only deals with the logistics and the hotel bookings for the event.

@ 1421 hours, Mr. Brown returned my call. The following was discussed

- I see that is Mr. Ali Alexander listed as a speaker for your event can you elaborate. Yes, he is the President of Stop the Steal and is one of the speakers/host for the day. Mr. Alexander will be speaking about three to four times at a few events on January 6, 2021 to include Freedom Plaza.

- Who is Nathan Martin? Nathan Martin is associated with Stop the Steal and travels with Ali Alexander. He said he does not seems to have an official title but he deals with the daily operations to include hotel bookings and car rentals. Mr. Brown goes directly with Mr. Martin and Mr. Alexander regarding coordinating the One Nation Under God event. Explained that when I spoke with Mr. Martin he acted as if he had no information on the event and to go directly with you for information. Mr Brown said that he was shocked that he would say that because he is in daily communication with Mr. Martin for information regarding the event. He does not understand why he would say that or not give me the information I requested.

- Are you aware of the website Wild Protest? He is personally not aware of the website. He is contracted as the event planner and does not deal with the social media aspect.

- Website: wildprotest.com, donorbox.org, stopthesteal.us

- I gave Mr. Brown the website for him to look up to see exactly what I was referring too. The website has a map that has a star on the map that says Come Here in Area 8 and if you click on the map there is a star on Area 9 that says meet here. His initial application requested Area 9, which was unavailable, and then he requested Area 8.

## Coordination Questions

The speakers that will be speaking at both Stop the Steal and One Nation under God has Ali Alexander and CJ Pearson to name a few. I explained that it appears that the Stop the Steal and the One Nation Under God is one in the same due to the similarities and the affiliation with Ali Alexander. I advised Mr. Brown of my concerns of not being able to regulate their numbers to 50 persons or less. I explained that once information is on social media it is hard to regulate the number of participants. If his event is in fact one on the same Capitol Police will not be able to accommodate his event due to the participant numbers being out of regulations and a public safety issue. Per Mr. Brown he communicated all the rules with the group to include the 50 persons or less and they are aware that they have to keep their numbers regulated to 50 persons.

- Advised that if on the day of his event and he cannot maintain his numbers appropriate Police action will be taken to include shutting down his event
- Also, advised he can touch base with NPS to see what there allowance would be on 3rd Street Grassy Portion
- He would like to move forward with his event as planned with 50 persons for January 6, 2021.

@ 1750 hours, Email sent to the spokesperson to provide information on how he plans to maintain his numbers to 50 persons or less along with an event timeline.

- Please see attached email

12-29-2020 @ 1506 hours, email reminder for pervious email

- Please see attached email

@ 1601 hours, spokesperson called to inform that he is working on a plan on how to ensure the crowd will maintain at 50 persons

- Reduce the amount of hours at the Capitol in Area 8
- Planning for Freedom Plaza, to have the major speakers. At the Capitol there will only have the MOC speaking
- Co-sponsoring the events at Freedom Plaza to have a longer event there
- He is a certified Fire Marshal and crowd management so he understands why it is being asked for the numbers to maintain. He wants to comply to be able to have a safe event with in regulations
- He advised once he has a concrete plan he will send it over tomorrow

12-30-2020 made contact with spokesperson via phone, no answer, left voicemail to return my call.

@ 1256 hours, spokesperson sent email with vendor information

@ 1301 and 1317 hours attempted to make contact with vendor, no answer

@ 1833 hours, spokesperson sent email with timeline of events to include the speakers

- Please see attached email

@ 2239 hours, spokesperson stated that he has word that the event in Area 9 has been cancelled and would like to have that area instead of Area 8.

- I advised that per our records Area 9 is still occupied

@ 2331 hours, spokesperson sent flyer for his event

12-31-2020 @ 1109 hours, spokesperson advised that he had to change his portable sound system

- Please see attached list

@ 1135 hours, spoke with spokesperson and advised that I need the contact number for his vendor

## Coordination Questions

- Eric (410) 850-8343

@ 1150 hours, made contact with Mr. Eric and he explained what all the equipment was.

- I asked specifically about the inverter. He stated he built the equipment and will be able to send pictures so I can see the make-up and send to the Safety Team for review.

@1238 hours, photo of inverter received

@ 1244 hours, inverter sent to AOC Baker for review

@ 1248 hours, AOC Baker deemed the equipment safe for use

Jan 6th One Nation Under God schedule
(as of Dec 30th subject to change and order of appearance)

8:00am – 9:30am Set up at Area 8 The Capital

| | |
|---|---|
| 10:00am | Rep. Paul Gosar |
| 10:15am | Ali Alexander |
| 10:30am | Rep Marjorie Greens |
| 10:45am | Rep Lance Gooden |
| 11:00am | Rep Vernon Jones |
| 11:15am | Rep Mark Finchem |
| 11:30am | Sen Doug Mastriano – To be confirmed |
| 11:45am | Rep Anthony Kern |
| 12:00pm | Rep Lauren Boebert |
| 12:15pm | Senator – TBD |
| 12:30pm | Ed Martin |
| 12:45pm | Rob Weaver |
| 13:00pm | Roger Stone |
| 13:15pm | Dr. Simone Gold |
| 13:30pm | Rogan O'Handley |
| 13:45pm | Jenny Beth Martin |
| 14:00pm | Scott Pressler |
| 14:15pm | CJ Pearson |
| 14:30pm | Rose Tennet |
| 14:45pm | Jason Jones |
| 15:00pm | Brandon Straka |
| 15:15pm | Shemaka Michelle |
| 15:30pm | Joe Flynn |
| 15:45pm | Michael Coudrey |
| 16:00pm | Alex Brueesewitz |
| 16:15pm | Kimberely Fletcher |
| 16:30pm | Melissa Tate |
| 16:45pm | Arina Grossu |
| 17:00pm | Tim Canova |

17:00pm       Strike

FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE//
SENSITIVE PERSONALLY IDENTIFIABLE INFORMATION

Releasable Only To:
USCPB, USCP



# Demonstration Permit Assessment

Intelligence and Interagency Coordination Division

21-O-0291

January 6, 2021

## TITLE: One Nation Under God

**THREAT ADVISORY: HIGHLY IMPROBABLE**

There is no specific organization behind the event and it is being organized by several individuals. Eight Congressional Members are expected to attend this event. This event is one of multiple events permitted on Capitol grounds for Wednesday, January 6, 2021, and counter-protesters may be present.

**Background Information:** One Nation Under God is the name of this event planned to occur on Capitol grounds. There is no specific group that is organizing this event and the spokesperson advised several individuals are working together to organize the One Nation Under God event.

**Event Summary:** On Wednesday, January 6, 2021, between 0830 and 1800 hours, approximately fifty (50) participants representing One Nation Under God will conduct a demonstration on the Senate East Front, Grassy Area 8, U.S. Capitol. The spokesperson advised the purpose of the event is a "demonstration for election fraud in swing states." The actual event time will be 0900 – 1700 hours. Media will be invited to this event. No Civil Disobedience is planned.

Per the spokesperson, Representatives Morris Jackson "Mo" Brooks and Andy Biggs confirmed they will attend this event. Several other speakers, including Reps. Budd, Godden, Gosar, Hice, and Representatives-Elect Boebert and Greene, were invited to attend; however, no confirmations have been received as of this writing.

One Nation Under God is not an organization and does not maintain social media accounts or webpages per the spokesperson. Mr. Stephen Brown, (863) ███████, is the point of contact for the upcoming event.

WARNING: THIS DOCUMENT IS FOR OFFICIAL USE ONLY. IT CONTAINS INFORMATION THAT MAY BE LAW ENFORCEMENT SENSITIVE. IT IS TO BE CONTROLLED, HANDLED, STORED, TRANSMITTED, DISTRIBUTED AND DISPOSED OF IN ACCORDANCE WITH USCP DIRECTIVE 2011.002 RELATING TO THE HANDLING OF CLASSIFIED AND OTHER SENSITIVE BUT UNCLASSIFIED INFORMATION AND IS NOT TO BE RELEASED TO THE PUBLIC OR OTHER PERSONNEL WHO DO NOT HAVE A VALID "NEED-TO-KNOW" WITHOUT PRIOR APPROVAL OF IAD.

**FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE// SENSITIVE PERSONALLY IDENTIFIABLE INFORMATION**

**IICD Comment:** There are no plans for participants to enter the buildings before or after the event to meet with Congressional staff. Although at this time there is no adverse intelligence related to the upcoming event, this event is one of multiple events permitted on Capitol grounds for Wednesday, January 6, 2021, and counter-protesters may be present. Based on these findings, the Intelligence and Interagency Coordination Division assesses the Level of Probability of acts of civil disobedience/arrests to occur during the upcoming One Nation Under God demonstration as Highly Improbable.

**Information contained in this document is current as of 12/31/2020 @ 1000 hours.**

Date Received SEU: 12/21/20
Date Received IICD: 12/30/20

### USCP Risk Assessment Factors

| RATING | PERCENTAGE |
|---|---|
| Remote | 1-5% |
| Highly Improbable | 5-20% |
| Improbable | 20-45% |
| Roughly Even Odds | 45-55% |
| Probable | 55-80% |
| Highly Probable | 80-95% |
| Nearly Certain | 95-99% |

**Sources:**