IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| | : |
| v. | : No. 1:21-cr-00447-CJN-03 |
| | : |
| **JOSHUA CHRISTOPHER DOOLIN,** | : |
| et al. | : |

**DEFENDANT'S UNOPPOSED MOTION FOR AUTHORIZATION
OF DAILY TRANSCRIPTS OF TRIAL PROCEEDINGS**

Comes now Defendant, Mr. Joshua C. Doolin, by and through his attorney Allen Orenberg, to respectfully request the entry of an Order authorizing daily transcripts of trial proceedings, pursuant to the Criminal Justice Act. As grounds, the following is stated:

1. A trial is scheduled for March 6, 2023, and is expected "to run" for 6-8 days.

2. Ms. Elita Amato, counsel for co-defendant Oliva M. Pollock, joins in this request. Ms. Amato is appointed by the Court.(CJA)

3. Undersigned counsel is a solo practitioner and appointed (CJA) by the Court. The requested daily transcripts are necessary since, during the trial itself, counsel will not be able to take contemporaneous and comprehensive notes of the trial testimony, bench conferences, etc.

4. Production of the requested daily transcripts should assure the Court that counsel – for both the defendant and the government – will make accurate references to admitted trial evidence during closing arguments, as well as provide a simultaneous record to refer to if any objections/disputes arise during the trial.

5. Upon the Court granting this motion, counsel will initiate a CJA-24 through eVoucher, requesting the daily transcripts.

WHEREFORE, for the foregoing reasons and such other reasons which may appear just and proper, Mr. Joshua C. Doolin, by and through his attorney Allen Orenberg, respectfully requests the entry of an Order authorizing daily transcripts of trial proceedings, pursuant to the Criminal Justice Act.

                                          Respectfully Submitted,

                                          _____
                                          Allen H. Orenberg, # 395519
                                          The Orenberg Law Firm, P.C.
                                          12505 Park Potomac Avenue, 6th Floor
                                          Potomac, Maryland 20854
                                          Tel. No. (301) 984-8005
                                          Fax No. (301) 984-8008
                                          Cell-Phone (301) 807-3847
                                          aorenberg@orenberglaw.com
                                          Counsel for Joshua C. Doolin

Dated: February 9, 2023