# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JOSHUA CHRISTOPHER DOOLIN, et al.,<br><br>*Defendants*. | Criminal Action No. 1:21-cr-0447-03, 04, 05 (CJN) |

## FINAL PRETRIAL SCHEDULING ORDER

Trial is set to commence in this matter on **March 6, 2023**, at 9:00 a.m.  The defendants have waived their rights to trial by jury and all parties agree to proceed in this manner.  The following deadlines shall govern all remaining pre-trial proceedings:

1. The Parties shall file Legal Instructions by **February 21, 2023**.

2. The Parties shall file any stipulations by **February 24, 2023**.

3. The Parties shall provide witness and exhibit lists by **February 27, 2023**.

DATE: February 16, 2023

_____
CARL J. NICHOLS
United States District Judge