**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| | : |
| v. | : No. 1:21-cr-00447-CJN-03 |
| | : |
| **JOSHUA CHRISTOPHER DOOLIN,** | : |
| et al. | : |

### ORDER

Upon Consideration of the motion to compel discovery filed my defendant Joshua C. Doolin, and the record in this case, it is hereby,

ORDERED this _____ day of March, 2023, the Motion is GRANTED. The government is ordered to provide to immediately provide counsel for Mr. Doolin with any and all personal identifying information it has in its possession as to Mr. Stephen Bradshaw.

_____
Judge, U. S. District Court for the
District of Columbia

Copies to:

All registered case registered parties

1