CO 526 Rev. 5/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
vs. )        Criminal Case No.: CR 21-447-03
)
Joshua Christopher Doolin )
)
)

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant

waives his right to trial by jury.

Joshua C Doolin
_____
Defendant

Allen H. Orenberg          Digitally signed by Allen
                           H. Orenberg
                           Date: 2023.02.13
                           17:13:55 -05'00'
_____
Counsel for Defendant

I consent:

_____
Assistant United States attorney

Approved:

_____          Date: _____ 3/3/2023
Carl J. Nichols

United States District Judge