UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

JOSHUA CHRISTOPHER DOOLIN, et al.,

*Defendants*.

Criminal Action No. 1:21-cr-0447-03, 04, 05 (CJN)

**ORDER**

Trial in this matter was scheduled for March 6, 2023, at 9:00 AM. Defendant Olivia Pollock failed to appear. Accordingly, for the reasons discussed on the record today, it is

**ORDERED** that Defendant Pollock shall be tried separately from her co-defendants Michael Perkins and Joshua Doolin. It is further

**ORDERED** that Defendant Pollock shall be tried with her co-defendant Joseph Daniel Hutchinson. Pollock's and Hutchinson's trial is currently set to begin on August 7, 2023. It is further

**ORDERED** that the time is excluded under the Speedy Trial Act as to Defendant Pollock from March 6, 2023, to August 7, 2023.

DATE:  March 6, 2023

CARL J. NICHOLS
United States District Judge

1