IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| | : |
| v. | : No. 1:21-cr-00447-CJN-03 |
| | : |
| **JOSHUA CHRISTOPHER DOOLIN,** | : |
|     et al. | : |

## ORDER

Upon Consideration of the motion to Exclude Introduction of a Certain Crowd Control Spray Gun and to Dismiss Count 16, by defendant Joshua C. Doolin, and the record in this case, it is hereby,

ORDERED this _____ day of March, 2023, the Motion is GRANTED. The government may not introduce a certain crowd control spray device at trial, and Count 126 of the Indictment is dismissed.

 

_____
Judge, U. S. District Court for the
District of Columbia

Copies to:

All registered case registered parties