EXHIBIT A

7/25/23, 4:29 PM GiveSendGo - Travel & Housing Expenses To DC For Court.: The Leader in Freedom Fundraising.

Case 1:21-cr-00447-CJN Document 252-1 Filed 08/13/23 Page 2 of 5



# Travel & Housing Expenses To DC For Court.



Campaign Created by: **Joshua Doolin**

The funds from this campaign will be received by Joshua Doolin.

Goal: **USD $6,000**

Raised: **USD $ 4,052**

1.

So after being arrested on June 30, 2021 for charges from January 6 of 2021 for the capital I will finally be going to court on March 6th.It has been an extremely hectic almost 2 years since being charged! I had only been married about a month before I was arrested and my wife just gave birth to our first son about five months ago so it has been a wild beginning to our marriage from being arrested and

7/25/23, 4:29 PM GiveSendGo - Travel & Housing Expenses To DC For Couple The Leader in Freedom Fundraising.

Case 1:21-cr-00447-CJN Document 252-1 Filed 08/13/23 Page 3 of 5

released from the fire department as well as having a baby all in the first year, but we praise the Lord through it all, and believe he sees the bigger picture and has a plan for us. I would like to thank everyone for the kind letters and encouragement it means a lot!

**Read less**



## UPDATES

*Follow this campaign to get email notifications when the campaign owner posts an update.*

**FOLLOW**



## PRAYER REQUESTS

Click the Pray button to let the campaign owner know you are praying for them.

**PRAY**

Recent Donations

USD $
100

**AngieB**

66 days ago

God Bless you beautiful Doolin family. Stay strong. You have our support and God on your side. #justice4j6

 0

USD $
100

### Linda Farias

134 days ago

God Bless this family 🙏🏼🙏🏼

 1

See all    See top donations



## GiveSendGo, the place where help and hope go hand in hand.

### Start a GiveSendGo

7/25/23, 4:29 PM  GiveSendGo - Travel & Housing Expenses To DC For Jacob Chansley, The Leader in Freedom Fundraising.

Case 1:21-cr-00447-CJN Document 252-1 Filed 08/13/23 Page 5 of 5



Select Language ▼

Support GiveSendGo

| Blog | Jobs | Press | Contact Us |
| Testimonies | Prayer Wall | Pricing and Fees | Terms of Use |
| GiveSendGo Tips | Giver Army | Help Center | Privacy Policy |

© 2023 -- GiveSendGo