Sarah Doolin
505 Fulton Green Rd
Lakeland, Florida
33809

JULY 21, 2023

**Honorable Carl J Nichols**

United States District Judge

United States Courthouse

333 Constitution Ave, N.W.

Washington DC, 20001

RE: Case No. 21-cr-00447-CJN-03

USA v Joshua C. Doolin

Dear Honorable Judge Nichols,

I am a wife, mother and homemaker. I am also Joshua's sister-in-law and long-time friend. I have known Joshua since he was 5 years old, and have had the privilege of watching him grow to be the honorable man that he is today.

Joshua has always been kind, honest, friendly and possesses a tender heart toward others, particularly toward little ones and those more vulnerable. Always cheering up the sad ones, engaging the shy ones, reaching out to anyone being left out or sitting on the sidelines. He makes each of the kids and adults alike feel important, seen and included.

Joshua is heavily involved in his church, and his faith in Jesus Christ is not just talk, he lives it out every day. Because of this, he has an upstanding reputation and is known as a good man by everyone that he comes into contact with.

Watching Joshua become a husband and father and step into those roles with enthusiasm has been a blessing. Seeing him support his wife, Morgan, through childbirth, postpartum and every day since has been so precious. He is the best dad to his Maverick, carefully and patiently caring for him day in and day out. His little family needs him, their worlds revolve around him, and I ask that you consider this in your deliberations.

Joshua is an amazing uncle as well. My 5 children think that Uncle Josh hung the moon. He is always stopping by with a gift or a treat for them. The last thing that he did before he left for his trial in DC this past March was to lay out special gifts on our porch for each of my children, so that they would find them when they woke up. They would not know what to do if Josh were unable to play an active part in their lives.

Our nation and world need good men, kind men, honest men, strong men, sacrificial men. Joshua is every one of these, and I ask that you consider this in your sentencing.

Respectfully,

Sarah Doolin