```
 USACN   535.03 *              INMATE PROFILE              *     03-14-2024
 PAGE 001                                                              14:54:29
            52954-509          REG
 REGNO: 52954-509                 FUNCTION: PRT   DOB/AGE.:
 NAME.: DOOLIN, JOSHUA CHRISTOP                   R/S/ETH.: W/M/O      WALSH: NO
 RSP..: COL-COLEMAN LOW FCI                       MILEAGE.: 44 MILES
 PHONE: 352-689-4000       FAX: 352-689-4008
 PROJ REL METHOD: FIRST STEP ACT RELEASE          FBI NO..:
 PROJ REL DATE..: 11-12-2024                      INS NO..:
 HOME DETN ELIG.: 09-20-2024                      SSN.....:
 FSA COND REL DT: 08-14-2024       PSYCH: NO      DETAINER: NO         CMC..: NO
 OFFN/CHG RMKS: CR21-447-03(CJN);THEFT OF U.S.GOVT PRPRTY,CIVIL DISORDR,ENTER,
 OFFN/CHG RMKS: REMAIN,DISORDLY CNDCT IN RESTRICTED BUILD.18M/36M SRT
     FACL CATEGORY    - - - - - CURRENT ASSIGNMENT - - - - -  EFF DATE   TIME
     COL  ADM-REL     A-DES     DESIGNATED, AT ASSIGNED FACIL 10-03-2023 1427
     COL  CARE LEVEL  CARE1     HEALTHY OR SIMPLE CHRONIC CARE 10-11-2023 0657
     COL  CARE LEVEL  CARE1-MH  CARE1-MENTAL HEALTH           11-03-2023 1637
     COL  COR COUNSL  A-4       M. MULERO, EXT. 4187          10-03-2023 1427
     COL  CASE MGT    BIR CERT N BIRTH CERTIFICATE - NO       10-08-2023 1050
     COL  CASE MGT    DRVE LIC N DRIVERS LICENSE - NO         10-08-2023 1050
     COL  CASE MGT    PHOTO ID Y PHOTO ID - YES               02-18-2024 0727
     COL  CASE MGT    RELID NEED RELEASE ID NEEDED            02-18-2024 0727
     COL  CASE MGT    RPP UNT C  RELEASE PREP UNIT PGM COMPLETE 10-21-2023 1016
     COL  CASE MGT    SSN CARD N SOCIAL SECURITY CARD - NO    10-08-2023 1050
     COL  CASE MGT    VET P/S N  PARENT/SPOUSE VETERAN - NO   10-04-2023 1534
     COL  CASE MGT    VETERAN N  VETERAN - NO                 10-04-2023 1534
     COL  CASE MGT    VWP AUTO   VICTIM/WITNESS PGM AUTO UPDATE 09-16-2023 0645
     COL  CASE MGT    V94 COA913 V94 CURR OTHER ON/AFTER 91394 10-04-2023 1053
     COL  CASE MGT    WA NO HIST NO WALSH ACT OFFENSE HISTORY 08-22-2023 1517
     COL  CORR SVCS   REQD MONTR REQUIRED MONITORING          08-24-2023 1447
     COL  CASEWORKER  A-4       E. SENA, EXT 4186             10-03-2023 1427
     COL  COM TX SVC  MH NR     MENT HLTH TX NOT REFERRED     02-20-2024 1318
     COL  CUSTODY     IN        IN CUSTODY                    08-22-2023 1516
     COL  DRUG PGMS   ED NONE   DRUG EDUCATION NONE           10-04-2023 1055
     COL  DESIG/SENT  DELTA     TEAM DELTA                    08-22-2023 1517
     COL  DESIG/SENT  FDCD YES  FDCD-FULLY COMPLIED W/JUD REC 08-24-2023 1018
     COL  EDUCATION   FBALL     FOOTBALL SPORTS RULES         01-04-2024 1732
     COL  EDUC INFO   ESL HAS   ENGLISH PROFICIENT            10-18-2023 1040
     COL  EDUC INFO   GED EN    ENROLL GED NON-PROMOTABLE     10-18-2023 1040
     COL  FIN RESP    COMPLT    FINANC RESP-COMPLETED         12-10-2023 1440
     COL  FIRST STEP  FTC ELIG  FTC-ELIGIBLE - REVIEWED       10-05-2023 1357
     COL  FIRST STEP  N-ANGER N NEED - ANGER/HOSTILITY NO     10-04-2023 1350
     COL  FIRST STEP  N-ANTISO N NEED - ANTISOCIAL PEERS NO   10-04-2023 1422
     COL  FIRST STEP  N-COGNTV N NEED - COGNITIONS NO         10-04-2023 1422
     COL  FIRST STEP  N-DYSLEX N NEED - DYSLEXIA NO           10-11-2023 1605
     COL  FIRST STEP  N-EDUC Y  NEED - EDUCATION YES          10-18-2023 1048
     COL  FIRST STEP  N-FIN PV Y NEED - FINANCE/POVERTY YES   10-04-2023 1052
     COL  FIRST STEP  N-FM/PAR N NEED - FAMILY/PARENTING NO   10-04-2023 1350
     COL  FIRST STEP  N-M HLTH N NEED - MENTAL HEALTH NO      10-07-2023 0000
     COL  FIRST STEP  N-MEDICL Y NEED - MEDICAL YES           10-11-2023 0653
     COL  FIRST STEP  N-RLF Y   NEED - REC/LEISURE/FITNESS YES 10-11-2023 0653
     COL  FIRST STEP  N-TRAUMA N NEED - TRAUMA NO             10-17-2023 1607

 G0017        WARNING : NOTIFICATIONS ARE REQUIRED PER P.S. 1490.06
 G0002        MORE PAGES TO FOLLOW . . .
```

```
USACN  535.03 *              INMATE PROFILE              *    03-14-2024
PAGE 002 OF 002                                                  14:54:29
              52954-509         REG
REGNO: 52954-509              FUNCTION: PRT   DOB/AGE.: [REDACTED]
NAME.: DOOLIN, JOSHUA CHRISTOP               R/S/ETH.: W/M/O    WALSH: NO
RSP..: COL-COLEMAN LOW FCI                   MILEAGE.: 44 MILES
PHONE: 352-689-4000       FAX: 352-689-4008
     FACL CATEGORY    - - - - - CURRENT ASSIGNMENT - - - - - EFF DATE   TIME
     COL  FIRST STEP N-WORK Y   NEED - WORK YES              10-18-2023 1054
     COL  FIRST STEP R-LW       LOW RISK RECIDIVISM LEVEL    10-05-2023 1402
     COL  LEVEL      LOW        SECURITY CLASSIFICATION LOW  08-24-2023 1017
     COL  MED DY ST  REG DUTY   NO MEDICAL RESTR--REGULAR DUTY 10-06-2023 0708
     COL  MED DY ST  YES F/S    CLEARED FOR FOOD SERVICE     10-06-2023 0708
     COL  PGM REVIEW APR        APRIL PROGRAM REVIEW         04-01-2024 0536
     COL  QUARTERS   A14-095U   HOUSE A/RANGE 14/BED 095U    10-11-2023 1255
     COL  RELIGION   NO PREFER  NO PREFERENCE                10-04-2023 1054
     COL  UNIT MGR   A-4        K. CARR, EXT. 4171           10-03-2023 1427
     COL  UNIT       1 GP       UNIT 1 - GP(A)               10-03-2023 1427
     COL  WAITNG LST MAIL       MAIL MONITORING              10-10-2023 1228
     COL  WAITNG LST PHONE      ALERT                        10-10-2023 1228
     COL  WRK DETAIL CMPD DW    COMPOUND ORD DW 8:00AM-4:00PM 10-18-2023 0854




G0017          WARNING : NOTIFICATIONS ARE REQUIRED PER P.S. 1490.06
G0000          TRANSACTION SUCCESSFULLY COMPLETED
```

```
   USACN             *       INMATE EDUCATION DATA       *       03-14-2024
PAGE 001 OF 001 *                TRANSCRIPT              *        14:56:01

REGISTER NO: 52954-509    NAME..: DOOLIN                       FUNC: PRT
FORMAT.....: TRANSCRIPT   RSP OF: COL-COLEMAN LOW FCI

--------------------------- EDUCATION INFORMATION ---------------------------
FACL ASSIGNMENT DESCRIPTION                  START DATE/TIME STOP DATE/TIME
COL  ESL HAS    ENGLISH PROFICIENT           10-18-2023 1040 CURRENT
COL  GED EN     ENROLL GED NON-PROMOTABLE    10-18-2023 1040 CURRENT

---------------------------- EDUCATION COURSES -----------------------------
SUB-FACL   DESCRIPTION              START DATE   STOP DATE  EVNT AC LV  HRS
COL        FOOTBALL SPORTS RULES    01-04-2024 CURRENT
COL        ADVANCED SPIN CLASS      01-19-2024 02-10-2024   P    C  P    1
COL        INTERMEDIATE CALETHENICS 11-09-2023 12-17-2023   P    C  P    1
COL        INTERMEDIATE CIRCUIT TRAINING 11-06-2023 01-12-2024  P C P    1

---------------------------- HIGH TEST SCORES ------------------------------
TEST         SUBTEST       SCORE     TEST DATE     TEST FACL    FORM    STATE
TABE D1112   LANGUAGE      514.0     01-05-2024    COL          12
             READING       525.0     01-05-2024    COL          12
TABE M1112   MATH          535.0     01-17-2024    COL          12




















G0000         TRANSACTION SUCCESSFULLY COMPLETED
```

```
 USACN  531.01 *              INMATE HISTORY              *    03-14-2024
PAGE 001 OF 001 *               WRK DETAIL                *    14:54:08

 REG NO..: 52954-509 NAME....: DOOLIN, JOSHUA CHRISTOP
 CATEGORY: WRK        FUNCTION: PRT         FORMAT:

FCL     ASSIGNMENT  DESCRIPTION                START DATE/TIME STOP  DATE/TIME
COL     CMPD DW     COMPOUND ORD DW 8:00AM-4:00PM  10-18-2023 0854 CURRENT
COL     A&O COMPLT  A&O COMPLETE                   10-18-2023 0851 10-18-2023 0854
COL     A&O         ADMISSION & ORIENTATION        10-04-2023 0950 10-18-2023 0851
COL     UNASSG      UNASSIGNED                     10-03-2023 1427 10-04-2023 0950




G0000          TRANSACTION SUCCESSFULLY COMPLETED
```

```
   USACN           *      INMATE FINANCIAL RESPONSIBILITY       *     03-14-2024
PAGE 001           *        DISPLAY INMATE FINANCIAL DATA       *      14:56:32

REGNO: 52954-509                                                    FUNC: PRT

NAME.: DOOLIN, JOSHUA CHRISTOP




G0002        MORE PAGES TO FOLLOW . . .
```

```
REGNO: 52954-509     NAME:   DOOLIN, JOSHUA CHRISTOP
FRP ASGN: COMPLT        DATE OF MOST RECENT PAYMENT:  12-12-2023

-----------------------MOST RECENT PLAN INFORMATION-------------------------
NUMBER: 1                DATE ADDED: 10-04-2023   BY:  COL
STATUS: STOPPED          REASON STOPPED: OTHER

--------------------------MOST RECENT PAYMENT PLAN--------------------------

INMATE DECISION: AGREED       50.00             MONTHLY       TRUST FUND
ANTICIPATED START:  11-2023     ACTUAL START:  11-2023
REASON DECISION STOPPED: OTHER
FOR THE FOLLOWING OBLIGATIONS:
          1
--------------------------ALL FINANCIAL OBLIGATIONS-------------------------

   OBLIGATION      AMOUNT IMPOSED        BALANCE      PAYABLE       STATUS
 NBR    TYPE

   1  ASSMT                175.00           0.00    IMMEDIATE    COMPLETEDZ






















 G0000        TRANSACTION SUCCESSFULLY COMPLETED
```

```
   USACN          *        INMATE DISCIPLINE DATA          *     03-14-2024
PAGE 001 OF 001  *     CHRONOLOGICAL DISCIPLINARY RECORD    *      14:55:39

REGISTER NO: 52954-509 NAME..: DOOLIN, JOSHUA CHRISTOP
FUNCTION...: PRT       FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 03-14-2024




G5401        DISCIPLINE DATA DOES NOT EXIST FOR THIS INMATE
```

```
 USACN   540*23  *          SENTENCE MONITORING             *     03-14-2024
 PAGE 001         *           COMPUTATION DATA              *     14:51:57
                              AS OF 03-14-2024


REGNO..: 52954-509 NAME: DOOLIN, JOSHUA CHRISTOP


FBI NO...........:  [REDACTED]          DATE OF BIRTH: [REDACTED]
ARS1.............: COL/A-DES
UNIT.............: [REDACTED]           QUARTERS.....: [REDACTED]
DETAINERS........: NO                   NOTIFICATIONS: NO

FSA ELIGIBILITY STATUS IS: ELIGIBLE

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.

HOME DETENTION ELIGIBILITY DATE....: 09-20-2024

FINAL STATUTORY RELEASE FOR INMATE.: 01-11-2025 VIA GCT REL
         WITH APPLIED FSA CREDITS.:  60  DAYS
THE INMATE IS PROJECTED FOR RELEASE: 11-12-2024 VIA FSA REL


                  RELEASE AUDIT COMPLETED ON 12-26-2023 BY DSCC
----------------------CURRENT JUDGMENT/WARRANT NO: 010 -----------------------

COURT OF JURISDICTION...........: DIST OF COLUMBIA, DISTRICT CRT
DOCKET NUMBER...................: CR 21-447-03(CJN)
JUDGE...........................: NICHOLS
DATE SENTENCED/PROBATION IMPOSED: 08-16-2023
DATE COMMITTED..................: 10-03-2023
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                 FELONY ASSESS  MISDMNR ASSESS   FINES           COSTS
NON-COMMITTED.:   $175.00        $00.00         $00.00          $00.00

RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO      AMOUNT:  $00.00

-------------------------CURRENT OBLIGATION NO: 010 --------------------------
OFFENSE CODE....:   092     18:1752 RESTRICTED BLD/GRNDS
OFF/CHG: 18:641 THEFT/EMBEZZLEMENT OF US PROPERTY;THEFT OF GOVERNMENT
         PROPERTY, 18:231(A)(3)CIVIL DISORDER,18:1752(A)(1) TEMPORARY
         RESIDENCE OF THE PRESIDENT, ENTERING AND REMAINING IN A
         RESTRICTED AREA OR GROUNDS, 18:1752(A)(2) TEMP RESIDENCE OF
         THE PRESIDENT, DISORDERLY AND DISRUPTIVE CONDUCT IN A RESTRICT

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:     18 MONTHS




G0002       MORE PAGES TO FOLLOW . . .
```

```
USACN   540*23 *          SENTENCE MONITORING          *     03-14-2024
PAGE 002         *          COMPUTATION DATA           *     14:51:57
                          AS OF 03-14-2024


REGNO..: 52954-509 NAME: DOOLIN, JOSHUA CHRISTOP


 TERM OF SUPERVISION.............:    36 MONTHS
 DATE OF OFFENSE.................: 01-06-2021

------------------------CURRENT COMPUTATION NO: 010 ------------------------

COMPUTATION 010 WAS LAST UPDATED ON 10-19-2023 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 10-19-2023 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 10-03-2023
TOTAL TERM IN EFFECT............:    18 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     1 YEARS     6 MONTHS
EARLIEST DATE OF OFFENSE........: 01-06-2021

JAIL CREDIT.....................:   FROM DATE    THRU DATE
                                    06-30-2021   06-30-2021

TOTAL PRIOR CREDIT TIME.........: 1
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 80
TOTAL GCT EARNED................: 0
STATUTORY RELEASE DATE PROJECTED: 01-11-2025
ELDERLY OFFENDER TWO THIRDS DATE: 10-01-2024
EXPIRATION FULL TERM DATE.......: 04-01-2025
TIME SERVED.....................:     5 MONTHS    13 DAYS
PERCENTAGE OF FULL TERM SERVED..:  30.1
PERCENT OF STATUTORY TERM SERVED:  35.2




G0002      MORE PAGES TO FOLLOW . . .
```

```
USACN  540*23  *              SENTENCE MONITORING              *      03-14-2024
PAGE 003 OF 003 *               COMPUTATION DATA               *       14:51:57
                              AS OF 03-14-2024

REGNO..: 52954-509 NAME: DOOLIN, JOSHUA CHRISTOP


PROJECTED SATISFACTION DATE.....: 11-12-2024
PROJECTED SATISFACTION METHOD...: FSA REL
    WITH FSA CREDITS INCLUDED...:  60

REMARKS.......: 10-03-23 VSD TO COL D/LMS




S0055          NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE
```