# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**  <br><br> v. <br><br> **JOSHUA CHRISTOPHER DOOLIN,** <br><br> Defendant. | Case No. 21-CR-00447 |

## RESPONSE TO COURT'S MINUTE ORDER REGARDING RETURN OF PASSPORT

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully responds to the Court's Minute Order dated January 29, 2025.

Because of the effect of the President's Executive Order dated January 20, 2025, the government no longer objects to the return of the defendant's passport.

Respectfully submitted,

EDWARD R. MARTIN, JR.
United States Attorney
D.C. Bar No. 481866

_____/S/_____
JENNIFER LEIGH BLACKWELL
Assistant United States Attorney
D.C. Bar No. 481097
601 D Street, NW
Washington, D.C. 20530
Jennifer.blackwell3@usdoj.gov
(202) 252-7068

1